| | |
|---|---|
| | **UNITED STATES DISTRICT COURT** |
| | **CENTRAL DISTRICT OF CALIFORNIA** |

| | |
|---|---|
| TYSON ZOLTAN HEDER,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT; OFFICER, JOSHUA MEDINA (38401); OFFICER, LYNDON BARBER (40016); SERGEANT, RUDY BARILLAS (33713).<br><br>Defendants. | **Case No. LA CV14-08215 JAK (JPRx)**<br><br>**JUDGMENT**<br><br>**JS-6** |

Defendants' Motion for Summary Judgment having been granted as to all of Plaintiff's claims, it is

ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendants City of Los Angeles, Los Angeles Police Department, Officer Joshua Medina #38401, Officer Lyndon Barber #40016, Sergeant Rudy Barillas #33713, and against Plaintiff, Tyson Zoltan Heder.

IT IS FURTHER ORDERED that Plaintiff Tyson Zoltan Heder shall recover nothing by reason of each and all of his claims as set forth in the Complaint against Defendants and that Defendants may recover their costs in accordance with Local Rule 54.

IT IS SO ORDERED.

Dated: October 15, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE